IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:04CV182-01-MU

DONTEZ L. SIMUEL, )
)
       Plaintiff, )
)
v. )
) **O R D E R**
PAULA SMITH, et al., )
)
)
       Defendants. )
_____)

**THIS MATTER** comes before the Court upon its own motion.

Plaintiff filed a Complaint pursuant to 42 U.S.C. § 1983 on November 4, 2004. On January 11, 2005, Defendants filed a Motion to Dismiss which was denied on April 28, 2005. If either party wishes to file a dispositive motion, such a motion must be filed with this Court within sixty days of the filing of this Order.

**THEREFORE, IT IS HEREBY ORDERED** that all dispositive motions must be filed with the Court within sixty days of the filing of this Order

**Signed: July 7, 2005**

*[signature: Graham C. Mullen]*

Graham C. Mullen
Chief United States District Judge