# United States District Court
# For The Western District of North Carolina
# Statesville Division

DONTEZ LAMONT SIMUEL,

    Plaintiff(s),

vs.

PAULA SMITH, et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

5:04CV182-1-MU

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 4/5/2006 Order.

Signed: April 5, 2006

Frank G. Johns, Clerk
United States District Court